AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McNulty, Kevin | US District Court - New Jersey | 03/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - article III, active status | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Post Office & Courthouse
Federal Square
Newark, NJ 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Gibbons P.C. (resigned as of July 2012, before taking judicial office) |
| 2. | Member, Board of Governors | Bar Association of the Third Federal Circuit (resigned as of July 2012, before taking judicial office) |
| 3. | Director | Historical Society of the US Court of Appeals for the Third Circuit (resigned as of July 2012, before taking judicial office) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Gibbons PC (former employer) 401k retirement plan. Account now closed; directly rolled over to IRA in August 2012. (See Part VII.) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNulty, Kevin | 03/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2012 | Gibbons P.C. (former employer; resigned 7/20/2012) Employment compensation | $84,134.62 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | .New York Times. 1099 income - self-employed writer. |
| 2. 2012 | Costco Wholesale Corp. 1099 income - self-employed writer. |
| 3. 2012 | Gotham Writers' Workshop. W2 income from employment as instructor. |
| 4. 2012 | Luisa Stigol (Individual client) - Income as self employed writer, editor. |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNulty, Kevin | 03/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNulty, Kevin | 03/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage account #1 (H) | | | | | | | | | |
| 2. -Fidelity Core money market acct | A | Dividend | J | T | | | | | |
| 3. -Fidelity growth company mutual fund | B | Dividend | K | T | | | | | |
| 4. -Fidelity value mutual fund | A | Dividend | K | T | | | | | |
| 5. -Fidelity equity income mutual fund | A | Dividend | J | T | | | | | |
| 6. -Fidelity strategic real return mutual fund | A | Dividend | J | T | | | | | |
| 7. -Fidelity high income mutual fund | B | Dividend | K | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. -Fidelity contra mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | K | D | |
| 10. -Fidelity growth discovery mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | K | C | |
| 11. -Fidelity equity income mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | K | A | |
| 12. -Fidelity mega cap stock mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | L | C | |
| 13. -Fidelity low priced stock mutual fund | A | Dividend | J | T | | | | | |
| 14. -Fidelity Four in One Index Fund (X) | C | Dividend | M | T | Buy | 08/22/12 | M | | |
| 15. IRA #2 (H) | | | | | | | | | |
| 16. -Fidelity core money market fund | A | Dividend | J | T | | | | | |
| 17. -Fidelity Mega cap stock mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNulty, Kevin | 03/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Select health care mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | K | D | |
| 19. -Fidelity High Income mutual fund (X) | B | Dividend | L | T | Buy | 08/22/12 | L | | |
| 20. IRA #3 (H) | | | | | | | | | |
| 21. -Fidelity core money market account | A | Dividend | J | T | | | | | |
| 22. -Fidelity contra mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | M | E | |
| 23. -Fidelity growth discovery mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | K | B | |
| 24. -Fidelity equity income mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | J | A | |
| 25. -Fidelity select energy mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | K | C | |
| 26. -Fidelity select health care mutual fund (Y) | A | Dividend | | | Sold | 08/22/12 | J | C | |
| 27. -Fidelity Four in One Index fund (X) | C | Dividend | M | T | Buy | 08/22/12 | M | | |
| 28. T Rowe Price-Vanguard 500 fund (Gibbons 401k) (Y) | D | Dividend | | | Sold | 08/10/12 | O | | |
| 29. IRA #4 (Rollover) (H) | | | | | | | | | |
| 30. -Fidelity Govt Money market fund (X) | A | Dividend | K | T | Buy | 08/23/12 | K | | |
| 31. -Fidelity blue chip growth mutual fund (X) | C | Dividend | M | T | Buy | 08/23/12 | M | | |
| 32. -Fidelity Equity dividend income mutual fund (X) | B | Dividend | M | T | Buy | 08/23/12 | M | | |
| 33. -Fidelity Mega Cap Stock mutual fund (X) | A | Dividend | M | T | Buy | 08/23/12 | M | | |
| 34. -Fidelity Strategic Dividend & Income mutual fund (X) | B | Dividend | L | T | Buy | 08/23/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNulty, Kevin | 03/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Balanced mutual funds | B | Dividend | M | T | | | | | |
| 36. Fidelity cash reserves money market fund | A | Dividend | J | T | | | | | |
| 37. Vanguard wellington mutual fund | A | Dividend | J | T | | | | | |
| 38. Hudson City Savings Bank accounts | B | Interest | K | T | | | | | |
| 39. American Express high yield savings accounts | B | Interest | M | T | | | | | |
| 40. Bank of America accounts | A | Interest | K | T | | | | | |
| 41. Gibbons P.C. Capital Account | | None | | | Distributed | 07/20/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts. The following information may assist in tracing or understanding these entries.

Lines 9-12 sale proceeds were used to buy the asset on line 14.

Lines 17-18 sale proceeds were used to buy the asset on line 19.

Lines 22-26 sale proceeds were used to buy the asset on line 27.

Lines 28 & 29: The Gibbons 401k (line 28), marked "sold." It was directly rolled over to a personal Rollover IRA (line 29).

Line 41:  Gibbons PC capital account (line 41), marked "distributed." My capital contribution was returned to me when I resigned from the firm. This was a non-interest bearing  account, so there is no income or gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kevin McNulty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544